**Order filed August 24, 2021.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-21-00273-CV
_____

**KATRINA RIDGE, Appellant**

**V.**

**AMANDA RIDGE, Appellee**

**On Appeal from the Probate Court No 3**
**Harris County, Texas**
**Trial Court Cause No. 358,034**

## O R D E R

Appellant's brief was due August 11, 2021. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **September 23, 2021**, the court will dismiss the appeal for want of prosecution. _See_ Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Jewell, Spain, Wilson.